**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Clayton Ristrom,

Plaintiff,

Asbestos Workers Local
34 Joint Apprenticeship Committee,

Defendant.

Civil No: 01-1901 (ADM/AJB)

**STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINE FOR EXPERT DISCLOSURES**

---

**WHEREAS**, discovery is continuing in this matter and the parties require additional time to identify their expert witnesses; and

**WHEREAS**, it would be cost effective to take expert depositions after dispositive motions have been heard and settlement possibilities have been explored;

**NOW THEREFORE, IT IS HEREBY STIPULATED** by the parties, through their respective counsel, that the time for disclosing expert witnesses is extended beyond the deadline provided for by the Pretrial Scheduling Order dated January 15, 2002, such that Plaintiff shall disclose the identity of his expert witnesses and reports by June 1, 2002, and Defendant shall disclose the identity of its experts and reports by July 1, 2002.

**IT IS HEREBY FURTHER STIPULATED** by the parties that the deadline for taking expert witness depositions shall be extended beyond the discovery deadline and

APR 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

may occur at any time within 30 days of the trial of this matter. This Stipulation is without waiver of any rights of either party.

DATE: 4/29/02

Stephen C. Fiebiger, (#149664)
2500 West Country Road 42
Suite 106
Burnsville, MN 55337
(952) 746-5171

**ATTORNEY FOR PLAINTIFF**

DATE: 4/26/02

Richard A. Miller (73416)
Kelly A. Jeanetta (#277204)
120 South Sixth Street
One Financial Plaza, Suite 2400
Minneapolis, MN 55402
(612) 333-5831

**ATTORNEYS FOR DEFENDANT**

**ORDER**

**IT IS SO ORDERED.**

April 30, 2002

Arthur J. Boylan
United States Magistrate Judge